ACCEPTED
01-15-00155-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 12:20:03 PM
CHRISTOPHER PRINE
CLERK

**COURT OF APPEAL FOR THE**
**FIRST DISTRICT AT HOUSTON**

| | | |
|---|---|---|
| **CHARLES WADE,** | § | |
| **Appellant,** | § | |
| | § | |
| **v.** | § | **APPELLATE CASE NUMBER** |
| | § | **01-15-00155-CV** |
| **HARRIS COUNTY** | § | |
| **Appellee.** | § | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/6/2015 12:20:03 PM

CHRISTOPHER A. PRINE
Clerk

**APPEALLANT REQUEST**
**ADDITION TIME TO FILE MOTION FOR REHEARING**

To The Honorable Judge:

COMES NOW CHARLES WADE, Appellant in this cause and requests that he be allowed additional time to file motion for rehearing for cause would show the Court as follows:

**I.**

Appellant did not receive actual notice of this Honorable Courts Judgement of June 16, 2015, because Appellant's computer was being repaired because of corrupted registry from virus and/or other malware attack.

**II.**

Appellant had no idea that the Judgement had come down on June 16, 2015 and did not discover this Honorable Courts ruling until June 21, 2015, after computer had been repaired and Appellant was able to access email. Further Appellant did not and has never received any other notice of this Judgement through any other means.

WHEREFORE, pursuant to **TEXAS RULES OF APPELLATE PROCEDURE 4.5,** Appellant ask that he be allowed additional time to file Rehearing.

Respectfully Submitted,

_____
Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I hereby certify that a true and correct copy of the forgoing instrument has been furnished to Edward J. (Nick) Nicholas, LINEBARGER GOGGAN BLAIR & SAPSON, LLP, 4828 Loop Central Drive, Suite 600, HOUSTON, TEXAS 77081, the following counsel of record by faxing to (713) 844-3504, by E-Mail to: nick.nicholas@lgbs.com and by electronic filing through Efile.Texas.gov, properly addressed and transmitted, June 3, 2015.

Charles R Wade, Pro Se
4318 Woodmont Street
Houston, Texas 77045
713-434-0127

Shelly Raymond Wade
8114 Hideaway Lake Circle
Spring, TX 77389
**Efile.Texas.gov**

Dr. Alex Melvin Wade, Jr.
01624189
Mark W. Stiles
3060 FM 3514
Beaumont, Texas 77705
**United States mail**

Dianne Ruth Winzer
Aka Dianne Ruth Wade
13518 Windy Willow Drive
Missouri City, TX 77489
**Efile.Texas.gov**

Liberace Wade
8152 Scenic Hwy., Ste. C
Baton Rouge, LA 70807
**Efile.Texas.gov**

Gary Bernard Wade
15206 Wimberly Park Dr.
Houston, TX 77049
**Efile.Texas.gov**

Patsy Wade
Rt. 4 Box 4860
San Augustine, TX 75972
**Efile.Texas.gov**

Janice Faye Coleman
16727 Lone Quail Ct
Missouri City, TX 77489
**Efile.Texas.gov**

Perdue, Brandon, Fielder, Collins & Mott
Attorneys for Five Corners Improvement District
1235 N. Loop West, Suite 600
Houston, Texas 77008
**Via Facsimile: (713) 862-1429**

**Attorney Annie Briscoe**
1217 Prairie Street
Houston, Texas 77002
(713) 270-8732
**Efile.Texas.gov**

Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127
Date: June 3, 2015